IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
_____Division

| | |
|---|---|
| In Re: | |
| Tamikia Lamb | Bankruptcy Case No.  16-13398 |
| | Chapter 13 |
| Debtor | |

## DEBTOR'S AFFIDAVIT REQUESTING DISCHARGE

***IN JOINT FILINGS, A SEPARATE AFFIDAVIT MUST BE COMPLETED BY EACH DEBTOR IN ORDER TO BE ELIGIBLE FOR A DISCHARGE***

The Chapter 13 Trustee has filed a notice of completion in my case and I am hereby requesting that the Court issue a discharge.  I testify under penalty of perjury to the following: (Complete all sections and provide <u>all</u> required information.)

1. The following creditors hold a claim that is not discharged under 11 U.S.C. §523 (a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524(c): (<u>provide name, address, and telephone number of each such creditor</u>)

    \_\_N/A_____
    _____
    _____

2. \_X\_\_\_     I have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 Bankruptcy.

3. \_\_X\_\_\_    I have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 bankruptcy.

4. A. \_\_X\_\_\_   I did not have either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000 in the type of property described in 11 U.S.C. §522(p)(1) [generally the debtor's homestead]

B. __X__ There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

5. COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT PURSUANT TO 11 U.S.C. §1328(g)(1)

*[Complete one of the following statements]*

__X__ I, ___Tamika Lamb_____, the debtor in the above-styled
     (printed name of debtor)
case hereby certify that on ___4/15/2016_____ I completed an instructional
                                  (date)
course in personal financial management provided by __Consumer Education Services__,
                                                         (Name of Provider)
by an approved personal financial management instruction provider.

__X__ Official Form 23 was filed previously with the court; OR

____ A document attesting to my completion of the personal financial management instruction course is attached.

____ I_____, the debtor in the above-styled
     (printed name of debtor)
case, hereby certify that no personal financial management course is required because: *[check the appropriate box.]*

— I am incapacitated or disabled, as defined in 11 U.S.C. § 109(h)(4);

___ I am on active military duty in a military combat zone; or

___ I reside in a district in which the United States Trustee has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

6. CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS PURSUANT TO 11 U.S.C § 1328(a)

*[Complete one of the following statements]*

__X__ I, ___Tamikia Lamb_____, the debtor in the above-styled
     (printed name of debtor)

case, hereby certify that I am not currently required, nor at any time during the period of this bankruptcy have I been required, by a judicial or administrative order, or by statute, to pay a domestic support obligation.

\_\_\_  I, _____, the debtor in the above-styled
            (printed name of debtor)
case am required by judicial or administrative order, or by statute, to pay a domestic support obligation as defined in 11 U.S.C. § 101(14A).  (This refers to a debt owed to or recoverable by  a spouse, former spouse or child of the debtor or such child's parent, legal guardian or responsible relative or a governmental unit in the nature of alimony, maintenance or support.)  The name and address of each holder of a domestic support obligation follows:

_____
_____
_____
_____

_____
_____
_____
_____

*[check the appropriate box.]*

\_\_\_\_  I hereby certify that all amounts payable under such order or such statute that are due on or before the date of this affidavit (including amounts due before the petition was filed, but only to the extent provided for the by plan) have been paid; or

\_\_\_\_  I have executed, and the court has approved, a written waiver of discharge pursuant to 11 U.S.C. § 1328(a).

My current address is:
    \_\_\_4904 Belle Ave_____
    \_\_\_Baltimore MD  21207_____
    _____

Page 3 of 4

The name and address of my most recent/current employer is:
   ___Priority One Services Inc._____
   ___6600 Fleet Drive_____
   ___Alexandria VA  22310_____
   _____

  I declare under penalty of perjury that all of the above statements are true and correct to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement in determining whether to grant me a discharge in this case. I further understand that the court may revoke my discharge if such order of discharge was procured by fraud.

Signature of Debtor:____/s/ Tamikia Lamb_____  Date: _____4/22/2020_____

NOTICE OF OPPORTUNITY TO OBJECT

  Any objections to the accuracy of this affidavit must be filed with in fifteen (15) days of the date of service of this Affidavit. If no objection is filed, the Court will consider entering a discharge order in this case without further notice or hearing.

CERTIFICATE OF SERVICE

  I hereby certify that on the __22nd___ day of __April_, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the _ Affidavit Requesting Discharge will be served electronically by the Court's CM/ECF system on the following:

- **Kristine D Brown** ecf@logs.com
- **David M. Grossman** david@davidgrossmanlaw.com, G16701@notify.cincompass.com
- **Rebecca A. Herr** ecf@ch13md.com
- **William M. Savage** ecf@logs.com, bsavage@logs.com

 I hereby further certify that on the 22nd day of April, 2020, a copy of the Affidavit Requesting Discharge was also mailed first class mail, postage prepaid to:

 All creditors on the attached mailing matrix

          __/s/ David M Grossman_____
          DAVID M. GROSSMAN
          Law Office of David M Grossman, LLC
          201 N Charles Street, Suite 1504
          Baltimore, Maryland  21201
          David@Davidgrossmanlaw.com
          (410) 752-6088
          Attorney for Debtor